IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 12-80301 WHA

IN THE MATTER OF

Richard Bernard Beauchesne – #053134

**ORDER OF SUSPENSION**

_____/

    Because Richard Beauchesne has failed to respond to the order to show cause, Mr. Beauchesne's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE